# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

April 06, 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America </br> v. </br> Ana Paulina Araujo Gonzalez (2000, USC) </br></br> *Defendant(s)* | ) ) ) ) ) ) ) </br> Case No. 7:25-mj-00686-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 5, 2025** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 31 USC § 5332 | Bulk Cash Smuggling into or out of the Unites States |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

/s/ Mark Cruz
*Complainant's signature*

Mark Cruz, HSI Special Agent
*Printed name and title*

Complaint authorized by: AUSA Alexa Parcell

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: April 06, 2025 at 9:04 a.m.

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Scott J. Hacker
*Printed name and title*

**Attachment "A"**

I, Mark Cruz, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaints.

1. On April 5, 2025, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection Office of Field Operations at the Hidalgo Port of Entry (POE) in Hidalgo, Texas. CBP Officers (CBPOs) detained Ana Paulina ARAUJO Gonzalez (hereafter ARAUJO), a United States citizen, while attempting to depart the U.S. into Mexico with approximately $270,730 of US currency concealed within the front seats of the vehicle in a non-factory compartment.

2. During primary outbound inspection, CBPOs obtained a negative oral declaration from ARAUJO for firearms, ammunition, and currency over $10,000.00. ARAUJO claimed to be traveling from Pharr, Texas, to Reynosa, Tamaulipas, Mexico. CBPOs referred ARAUJO and the vehicle to secondary inspection.

3. A search of the vehicle revealed approximately nine (9) vacuumed sealed packages containing approximately $270,730.00 in U.S. currency. The currency was found concealed within the front seats of the vehicle in a non-factory compartment.

4. In a post-Miranda interview, ARAUJO stated that she is aware of the declaration requirements when traveling out of the United States and continued to give a negative oral declaration. ARAUJO stated that she was aware that the money she was transporting exceeded $10,000. ARAUJO stated that she was hired to transport bulk U.S. currency into Mexico for compensation and that she smuggled bulk cash currency into Mexico on a prior occasion.